MARIE J. RACH, INDIVIDUALLY v. THE
AMERICAN TOBACCO CO.

June 9, 1987.

Leave to appeal granted;  and it is further

ORDERED that the matter is remanded to the Honorable
Benedict E. Lucchi, J.S.C., for his factual determinations re-
garding the disqualification motions before this Court in *Dewey
v. R.J. Reynolds Tobacco Co.*, and *Rach v. American Tobacco
Co.*, with the trial court's determination to include whether
Attorney Weiss, during the time he and Attorney Slattery were
partners, had actually acquired confidential or privileged infor-
mation in these matters;  and it is further

ORDERED that the determination is to be made on such
evidential basis as the trial court deems appropriate;  and it is
further ORDERED that the proceedings on remand shall be
concluded within 45 days of the filing date of this Order, that
the trial court's factual determinations are to be filed with the
Clerk of this Court and served upon counsel within 15 days
after the conclusion of the proceedings, and that any exceptions
to or comments on the determinations are to be filed within 10
days after the filing of the trial court's statement with the
Clerk.